**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>　　　Tiffany N Armstrong<br><br>　　　　　Debtor(s) | Case No. 13-29117 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 07/22/2013.

　　2) The plan was confirmed on 11/04/2013.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/01/2014.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

　　5) The case was converted on 05/05/2015.

　　6) Number of months from filing to last payment: 16.

　　7) Number of months case was pending: 22.

　　8) Total value of assets abandoned by court order:  NA .

　　9) Total value of assets exempted:  NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,468.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$6,468.00**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $699.66 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $265.84 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$965.50**

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALARM ONE INC | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 648.00 | NA | NA | 0.00 | 0.00 |
| AOL GPO | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| APEX ALARM | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 1,022.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,006.00 | 548.34 | 548.34 | 0.00 | 0.00 |
| BALLY TOTAL FITNESS | Unsecured | 1,548.00 | NA | NA | 0.00 | 0.00 |
| CCS FIRST NATIONAL BANK | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 800.00 | 636.00 | 636.00 | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF HARVEY PARKING | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CK Marketing | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 281.00 | 281.61 | 281.61 | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| CPA | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| CREATIVE TOUCH | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| CURVES INTERNATIONAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| EARTHLINK ATLANTA | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| Eds Towing | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| FIRST CHOICE LOANS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF HUMAN SERVICES | Unsecured | 6,591.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 647.00 | 1,161.14 | 1,161.14 | 0.00 | 0.00 |
| ILLINOIS INDIANA EM I MED S | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| Imagine | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MIDWEST EMERGENCY AS | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 232.00 | 232.03 | 232.03 | 0.00 | 0.00 |
| LEGACY VISA | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LVNV FUNDING | Unsecured | 223.00 | 246.14 | 246.14 | 0.00 | 0.00 |
| MCI | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| MEDCLEAR INC | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL COLLECTIONS SYS INC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MELANIE FITNESS CENTER | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| NATIONAL MAGAZINE EXCHANGE | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 776.77 | 776.77 | 0.00 | 0.00 |
| NUVELL CREDIT CO | Unsecured | 7,280.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 7,000.00 | 19,422.79 | 19,422.79 | 4,784.11 | 718.39 |
| SANTANDER CONSUMER USA | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANNA ENERGY RESIDENT | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| SONIC PAYDAY LOAN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN COLLEGE | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 1,176.31 | 1,176.31 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 454.00 | 220.04 | 220.04 | 0.00 | 0.00 |
| TRINSIC | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE INSURANCE | Unsecured | 1,953.00 | NA | NA | 0.00 | 0.00 |
| Universal Casualty Company | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | 1,470.00 | 550.00 | 550.00 | 0.00 | 0.00 |
| US BANK NA | Unsecured | NA | 510.94 | 510.94 | 0.00 | 0.00 |
| US BANK NA | Unsecured | NA | 332.23 | 332.23 | 0.00 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 25,000.00 | 30,446.05 | 30,446.05 | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LYNWOOD | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LYNWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WELLGROUP HEALTH PARTNERS | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| WESTWOOD APEX C | Unsecured | 3,509.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $19,422.79 | $4,784.11 | $718.39 |
|    All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,422.79** | **$4,784.11** | **$718.39** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$37,317.60** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $965.50 |
| Disbursements to Creditors | $5,502.50 |
| **TOTAL DISBURSEMENTS :** | **$6,468.00** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/01/2015    By:/s/ Tom Vaughn
                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**